NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-1317**

STATE OF LOUISIANA

VERSUS

SERENTE CISSE

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 55688
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

**Michael Harson**
**District Attorney, 15th JDC**
**Kim R. Hayes**
**Assistant District Attorney**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**Counsel for:**
    **State of Louisiana**

**Anh Quang Cao**
**Attorney At Law**
**401 Westbank Expressway**
**Gretna, LA 70053**
**Counsel for Defendant/Appellant:**
      **Serente Cisse**